**Fill in this information to identify the case:**

Debtor name: California International Business University

United States Bankruptcy Court for the: Southern    District of: CA (State)

Case number (If known): _____    Chapter: 7

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Office (classrooms, admin.). Debtor has terminated contract. | Lessor: Five 50 Partners, LLC. Debtor has terminated contract. It is possible Lessor will dispute validity of termination and claim damages equal to diff. btw. remaining rent under contract and rent obtainable by releasing to new tenant. |
| --- | --- | --- | --- |
|  | State the term remaining | Until March 31, 2026 | |
|  | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Temporary housing/student apt. Debtor has terminated contract. | Lessor: Vantaggio Suites Gas Lamp, LLC, 1736 State Street, San Diego, CA 92101. It is possible Lessor will dispute validity of termination and claim damages equal to diff. btw. remaining rent under contract and rent obtainable by releasing. |
| --- | --- | --- | --- |
|  | State the term remaining | Until May 24, 2020. | |
|  | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |