CIBU Board Members/Directors May 2020:

Anya Eskildsen
Roede Laage 16
DK-2670 Greve
Denmark

Anne Hyrup Madsen
Melchiorsvej 24
DK-3450 Alleroed
Denmark

Flemming Hansen
Rudersdalsvej 69
DK-2840 Holte
Denmark

Birgitte Faber
Risbyvej 1
DK-4750 Lundby
Denmark

Leah LeLoup
Hutchinson and Bloodgood LLP
7676 Hazard Center Drive, Suite 1150
San Diego, CA 92108

Peter F. Baekkelund
1041 Leroy Street
San Diego CA 92106

Joseph Vithayathil
112 Fountain Dr
Glen Carbon,
Illinois 62034

Stephen Smith
3749 Carmel View Road #6
San Diego, CA 92130