Five 50 Partners LLC  
Attn.: Attorney Alex Zyman  
550 West B Street, Suite 310  
San Diego, CA 92101  


Brian Hawkins  
P.O. Box 1942  
Borrego Springs, CA 92004  


Niels Brock Copenhagen Business College  
Noerre Voldgade 34  
DK-1358 Copenhagen K  
Denmark  


San Diego Gas & Electric Company  
8330 Century Park Court  
San Diego, CA 92123  


Vantaggio Suites  
1736 State Street  
San Diego, CA 92101  


Copy Image Systems, Inc.  
7960 Silverton Avenue, Suite 101  
San Diego, CA 92126  


American Legion San Diego  
2115 Park Boulevard  
San Diego, CA 92101